UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRANCE LEE CHRISTOPHER §<br>    Plaintiff, §<br>§<br>v. §<br>§<br>JOSE AMARO, HOLMAN BOILER §<br>WORKS, INC. d/b/a HOLMAN BOILER §<br>n/k/a CLEAVER-BROOKS SALES AND §<br>SERVICE, INC. d/b/a CLEAVER-BROOKS §<br>    Defendants. § | Civil Action No. 3:15-CV-01838-P |

## **JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS**

COME NOW Plaintiff, TERRANCE LEE CHRISTOPHER ("Plaintiff") and Defendants, JOSE AMARO and CLEAVER-BROOKS SALES AND SERVICE, INC., formerly known as Holman Boiler Works, Inc. ("Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1), file this Joint Stipulation of Dismissal pursuant to which Plaintiff stipulates that all claims that he has asserted against Defendants shall be dismissed. All such claims made the basis of this stipulation are dismissed in their entirety and with prejudice.

WHEREFORE, PREMISES CONSIDERED, TERRANCE LEE CHRISTOPHER and JOSE AMARO and CLEAVER-BROOKS SALES AND SERVICE, INC., formerly known as Holman Boiler Works, Inc. respectfully request the Court to enter and order that all of Plaintiff's claims against Defendants be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

Respectfully submitted,

 */s/ Micky N. Das*
**MICKY N. DAS**
State Bar No. 05402300
TYLER & DAS
2000 Bering Dr., Suite 401
Houston, TX 77057
(713) 739-1900 Telephone
(713) 739-8347 Facsimile
Email: mdas@tylerdaslaw.com

 */s/ Christopher Rehmet*
**CHRISTOPHER REHMET**
State Bar No.  24035414
TATE REHMET LAW OFFICE, P.C.
2902 North U.S. Highway 75
Sherman, Texas  75090
Phn:  (903) 892-4440
Fax:  (972) 387-2725
Email: service@tatelawoffices.com

**ATTORNEYS FOR PLAINTIFF**

And


*/s/ Patrick Madden*
**PATRICK F. MADDEN**
Attorney-in-Charge
State Bar No. 00787943
pmadden@macdonalddevin.com
**AMY S. HARRIS**
State Bar No. 09050850
aharris@macdonalddevin.com
**MACDONALD DEVIN, P.C.**
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2130
214.744.3300 Telephone
214.747.0942 Facsimile

**ATTORNEYS FOR DEFENDANTS**

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

      I certify that a true and correct copy of the foregoing document has been served on counsel of record for all parties via electronic service through the CM/ECF system of the Northern District of Texas, in accordance with the Federal Rules of Civil Procedure, on this 3rd, day of February, 2017.

**MICKY N. DAS**
State Bar No. 05402300
TYLER & DAS
2000 Bering Dr., Suite 401
Houston, TX 77057
(713) 739-1900 Telephone
(713) 739-8347 Facsimile


**CHRISTOPHER REHMET**
State Bar No.  24035414
TATE REHMET LAW OFFICE, P.C.
2902 North U.S. Highway 75
Sherman, Texas  75090
Phn:  (903) 892-4440
Fax:  (972) 387-2725


                                              */s/ Patrick Madden*
                                              **Patrick Madden**